COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-11-00181-CV |
| IN THE INTEREST OF: | § | |
| | | Appeal from |
| A.C.C., A MINOR CHILD. | § | |
| | | 388th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2006CM3059) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1 because the parties have reached a settlement. We grant the motion and dismiss the appeal with prejudice. The motion to dismiss does not reflect that the parties have reached an agreement regarding costs. Accordingly, we assess costs against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

November 2, 2011

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, J., and Antcliff, J.